141 So. 924

**Newt NICKERSON, alias Nicholson, v. STATE.**
**6 Div. 202.**

Court of Appeals of Alabama.
May 17, 1932.

BRICKEN, P. J.
Affirmed.

145 So. 923

**B. J. NICKS v. CITY OF BIRMINGHAM.**
**6 Div. 274.**

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

146 So. 923

**W. B. NOBLETT v. STATE.**
**8 Div. 717.**

Court of Appeals of Alabama.
Feb. 14, 1933.

RICE, Judge.
Affirmed.

148 So. 922

**W. B. NOBLETT v. STATE.**
**8 Div. 797.**

Court of Appeals of Alabama.
May 23, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 922

**W. B. NOBLETT v. STATE.**
**8 Div. 798.**

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Affirmed.

148 So. 922

**W. B. NOBLETT v. STATE.**
**8 Div. 799.**

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Affirmed.

145 So. 923

**Mary NOLEN v. STATE.**
**8 Div. 620.**

Court of Appeals of Alabama.
Jan. 31, 1933.

RICE, J.
Appeal dismissed.

142 So. 924

**Hendon NORRIS v. STATE.**
**6 Div. 267.**

Court of Appeals of Alabama.
June 30, 1932.

BRICKEN, P. J.
Appeal dismissed.